```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CIVIL DOCKET ENTRIES FOR CASE J05-0015--CV (JWS)
              "JOHN HAROLD SHAKESPEARE V C/B JUNEAU ET AL"

       Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 11/29/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (440) Other Civil Rights
                   1983
           Origin: (1) Original Proceeding
           Demand: 500
       Filing fee: In Forma Pauperis
         Trial by:
```

Parties of Record:                           Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | SHAKESPEARE, JOHN HAROLD | John Harold Shakespeare<br>Pro Per<br>6590 Glacier Hwy, #52<br>Juneau, AK 99801<br>907-209-7425 |
| DEF 1.1 | JUNEAU, CITY & BOROUGH | No counsel found for this party! |
| DEF 2.1 | JUNEAU POLICE DEPT | No counsel found for this party! |
| DEF 3.1 | TOROK, MATT | No counsel found for this party! |
| DEF 4.1 | KOLVIG, ROBERT | No counsel found for this party! |
| DEF 5.1 | DALLAS, BRIAN | No counsel found for this party! |
| DEF 6.1 | CORONELL, BEN | No counsel found for this party! |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE J05-0015--CV (JWS)
                     "JOHN HAROLD SHAKESPEARE V C/B JUNEAU ET AL"

                                  For all filing dates
```

```
    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 11/29/05
            Closed: NO

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (440) Other Civil Rights
                     1983
             Origin: (1) Original Proceeding
             Demand: 500
         Filing fee: In Forma Pauperis
           Trial by:
```

| Document # | Filed    | Docket text |
|------------|----------|-------------|
| 1 - 1      | 11/29/05 | Application to proceed without prepayment of fees. |
| 2 - 1      | 11/29/05 | Complaint filed. |
| 3 - 1      | 11/29/05 | PLF 1 motion for appointment of counsel w/att financial affidavit. |