IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

**RECEIVED**

JAN 2 7 2006

CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

|  |  |
|---|---|
| JOHN HAROLD SHAKESPEARE<br><br>    Plaintiff,<br>VS.<br><br>CITY AND BOROUGH OF JUNEAU,<br>Et al.,<br><br><br>    Defendants | Case No. JO5-0015 CV {JWS}<br><br><br><br>Motion to show Cause |

Answer To This Court

# 1. In The Superior Court for The State Of Alaska Judge Larry Weeks States That This Cass In Superior Court. 1JU-05-632 CI. Is Not filled in the right court, It Needs to be filed in this court. In The United States District Court For The District of Alaska. See Exhibit { A } CD Marked { A }.

# 2 See all Paper Work filed In Superior Court and received To This Court Exhibit { B } All Papers Fifed in the UNITED STATES DISTRICT COURT Marked Exhibit { B }.

# 3 I Still Can not afford a attorney so this may be wrong, Please forgive me. And Dismiss on a little formalities on my Mistakes

# 4 One Case Is ALASKA CONSTITUTIONAL RIGHTS TO Privicy And This Is MY UNITED STATES RIGHTS TO PRIVICY. In The Warrantless Entry in Both this cases.

John H Shakespeare _John H Shakespeare_

Dated : 1-26-06