RECEIVED

FEB - 2 2006

CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>JOHN HAROLD SHAKESPEARE</u>   v.   <u>CITY & BOROUGH OF JUNEAU</u>

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK   LEGIA F. PATE          CASE NO. <u>  J05-0015 CV (JWS)  </u>

PROCEEDINGS: **CLERK'S NOTICE**              DATE: February 3, 2006

    D.Ak.LR 10.1(c)(3)(B) requires that exhibits must be "readable." Your Exhibit A, in CD form, to the Answer to This Court filed 1/27/06 does not meet this standard. If you want this exhibit to be filed, you must request in writing the court's permission. A suggested form of motion (PS 12) is attached.

[105cv015.frm]{CLERKNOT.WPD*Rev.12/97}