_____
Name

_____
_____
Address

_____
Telephone

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

_____,

    Plaintiff,

vs.

_____
_____,

    Defendant(s).

Case No. _____

**M O T I O N**

to/for _____

    I, _____, proceeding without a lawyer, move

to/for _____

under the following statute(s)/rule(s) (if known) _____

for the following reason(s): _____

_____

_____

_____

PS 12

_____

_____

_____

_____

_____

_____

_____

## Declaration Under Penalty of Perjury

I, _____, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED:_____, at _____, Alaska.

_____
Signature

## Certificate of Service

I certify that a copy of the above motion was served, by ☐ first class U.S. mail ☐ fax ☐ hand-delivery, to _____at
(Opposing party or counsel)

_____ on _____.
(Address)                           (Date of mailing)

_____
Signature

PS 12                                        2                                        MOTION