**Name:** John H Shakespeare

**Address:** Juneau AK 99801
6590 Glacier Hwy #52

**Telephone:** 907-780-5190

RECEIVED

FEB 15 2006

CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

John H Shakespeare,
Plaintiff,

vs.

City Borough of Juneau and Police Department officer of Four matt torok, Robert kolvig, Brian Dallas, Ben coronello
Defendant(s).

Case No. J05-0015 CV (JWS)

MOTION

to/for: To Accept Exhibit A and court log notes "CD"

I, John H Shakespeare, proceeding without a lawyer, move to/for Exhibit A superior court "CD" to Be Accepted

under the following statute(s)/rule(s) (if known) _____

for the following reason(s): I can not Afford $10.00 "CD" And Pay some one $100.00 to Put this on paper. At 900.00 a month with all my Bills, I sorry! I trying my Best I need a Attorny as I Aplyed. Thank you!

PS 12   This is a court CD in there Format.

see Ex "D" court log Notes

Please I need Help!

## Declaration Under Penalty of Perjury

I, John H Shakespeare, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: 2-15-06, at Juneau, Alaska.

_John N Shakespeare_
Signature

## Certificate of Service

I certify that a copy of the above motion was served, by ☐ first class U.S. mail ☐ fax ☒ hand-delivery, to Court Clerk 9th Floor at
(Opposing party or counsel)
Fedral Building Clerks office on 12-15-06.
(Address)                                    (Date of mailing)

_John N Shakespeare_
Signature

PS 12                              2                              MOTION