In the Superior Court at Juneau Alaska

| | | | |
|---|---|---|---|
| **Media No:** | 1JUC05-168 | **Judge:** | Weeks |
| **Date:** | Monday, October 24, 2005 | **Clerk:** | sml |
| **Case No:** | 1Ju-05-632 CI | | |
| **Case Title:** | Shakespeare | Vs. | CBJ |
| **Type of Proceeding:** | Scheduling | | |
| **Counsel Present:** | | | |
| **Plaintiff:** | Pro Se | | |
| **Defendant:** | Kueffner | | |

## Summary of Proceedings:
**Set Scheduling 11/9/05 @ 8:30am—plaintiff attorney may be telephonic**

| | |
|---|---|
| 8:19:30 AM | **On record** |
| | Court identifies case and parties |
| 8:19:53 AM | **COURT:**   **has entry of appearance from Kueffner, has signed order.** |
| | CBJ has submitted report, Shakespeare has filed response |
| 8:20:34 AM | Shakespeare- has attorney on retainer, may be represented |
| 8:20:49 AM | **COURT:**   comments. Comments on fine for parties planning meeting reports |
| | **Will not fine anyone today** |
| 8:22:11 AM | Boggs described action under Federal Law, AK does not have a way to file against CBJ, regarding constitutional rights.  Can bring to Federal Court. Advises procedures. Encourages Shakespeare to get lawyer. If getting a lawyer, will continue for a few weeks. If not will schedule today |
| 8:24:56 AM | Kueffner-prepared motion to strike some pleadings and opposition to default motion. Has provided copies |
| 8:25:50 AM | Shakespeare-responds |
| 8:26:00 AM | **COURT:**   inquires |
| | Shakespeare-set off, attorney out of town, does not live in Juneau. |
| | **COURT:**   lawyer can participate telephonically |
| | **Set Scheduling 11/9/05 @ 8:30am—plaintiff attorney may be telephonic** |
| 8:27:14 AM | Kueffner-wants planning meeting at same time |
| | **COURT:**   Shakespeare to have attorney contact Kueffner for planning meeting. |
| 8:27:51 AM | Shakespeare-motion on default on Boggs. Comments. Civil rule 26(f). I showed good faith, certified mail. She did not do a good job as city attorney, 37(a)(5)(b). comments. Wants court to take action, not wait 14 days, out of rules of civil court. |
| 8:31:11 AM | **COURT:**   Kueffner has rights to respond, will decide after response |
| | Shakespeare-showed good faith, she has failed to conduct meeting |
| 8:31:47 AM | **COURT:**    **will not decide motion today.** |
| 8:32:13 AM | Shakespeare-filed in timely manner, 7/19 fall within 2 year rule. City has admitted to all allegations. Boggs admits. What part of defense do I need to defend |
| 8:33:18 AM | **COURT:**   can not give advise, needs to speak to attorney. |
| 8:34:20 AM | **Off record** |

In the Superior Court at Juneau Alaska

|  |  |  |  |
|---|---|---|---|
| **Media No:** | 1JUC05-172 | **Judge:** | LRW |
| **Date:** | Wednesday, November 9, 2005 | **Clerk:** | Cab |
| **Case No:** | 1JU-05-632 CI |  |  |
| **Case Title:** | Shakespeare | Vs. | CBJ |
| **Type of Proceeding:** | Scheduling |  |  |
| **Counsel Present:** |  |  |  |

Plaintiff: Pro Se-Present
Defendant: Kueffner

**Court Orders:**

---

**Summary of Proceedings:  Scheduling Hearing on 11-23-05 @ 1:30 pm**

| 8:51:22 AM | Case Called |
|---|---|
| 8:52:10 AM | Shakespeare- I called almost every attorney in Juneau.  They don't want to take this on.  Ask for a continuance for a week and ½ . Looking at getting an attorney out of Juneau. |
| 8:54:54 AM | Kueffner- I don't have objection in doing that. Need set scheduling dates. |
| 8:56:05 AM | **COURT:** - Scheduling on 11-23-05 @ 1:30 pm |
| 8:57:05 AM | Shakespeare- The attorney in Los Vegas looking into practicing here. |
| 8:57:39 AM | COURT:   - Shakespeare filed document of falsifying documents |
| 8:58:05 AM | Shakespeare- I would like field recordings. |
| 9:00:19 AM | Kueffner- He is allowed to make discovery requests.  Motion to strike this pleading. |
| 9:01:01 AM | **COURT:** - Order Kueffner tell police not to destroy any evidence or tapes of the incident. Need to put what you want in writing.  Put it in simple language. |
| 9:04:29 AM | Shakespeare - They said the meeting took place but I say it didn't. |
| 9:05:27 AM | **COURT:** - I am not going to rule on it. Need to go thru the procedures. |
| 9:05:56 AM | **Recessed** |

In the Superior Court at Juneau Alaska

| | | | |
|---|---|---|---|
| **Media No:** | 1JUC05-180 | **Judge:** | Weeks |
| **Date:** | Wednesday, November 23, 2005 | **Clerk:** | sml |
| **Case No:** | Scheduling | | |
| **Case Title:** | Shakespeare    Vs.    CBJ | | |
| **Type of Proceeding:** | Scheduling | | |
| **Counsel Present:** | | | |
| Plaintiff: | Pro Se or attorney -telephonic | | |
| Defendant: | Kueffner | | |

---

**Summary of Proceedings:**

| | |
|---|---|
| 1:35:03 PM | **On record** |
| | Court identifies case and parties |
| 1:35:34 PM | Shakespeare- will have a lawyer, cornments. Application for appointment of counsel on grounds, take case at federal building. Leave this case here on AK statute, set dates and times. Don't know name of lawyer, federal court called me yesterday, told to bring affidavit, have here. |
| 1:36:42 PM | Will go there after leaving here. Will know attorney in 4-5 days, will contact Kueffner |
| 1:37:06 PM | Kueffner-set dates |
| 1:37:11 PM | **COURT**:    inquires |
| 1:37:14 PM | Shakespeare-did ask for jury trial, up to you |
| 1:37:33 PM | Kueffner- 2 days, ready in April, object no request for jury trial |
| | Shakespeare- did request, gave form to Ms. Boggs. |
| 1:38:10 PM | **COURT**:    inquires |
| | Shakespeare- request was made |
| 1:40:01 PM | **COURT**:    set for Court Trial 4/10/06 for entire week** |
| | **PTH 3/31/06 @ 1:15pm** |
| | **Order will be sent** |
| | **Witness lists 30 days** |
| | **Expert witness by 1/30/06.** |
| | **Disclosers of reports 2/20/06,** |
| | **Supplemental 10 days** |
| | **Discovery closes 3/15/06** |
| | **Inclusive witness list 1/30/06** |
| | **Deletion 3/25/06** |
| | **Deposition testimony due 3/1/06** |
| | **Objections 3/10/06** |
| | **Despositive motions 1/15/06** |
| | **Discovery motions ASAP** |
| | **Exhibit exchange 3/20/06** |
| | **Objections 3/25/06** |
| | **Motions to join parties 12/31/05** |
| 1:42:54 PM | Shakespeare-attorney for CBJ spoke of mail delivery. Shows envelope received. Comments. Lick or tape, |
| 1:43:58 PM | **COURT**:    not required certified, requires closed and taped |
| | Kueffner- wants certificate of service, will close and seal, not confidential, public record |

SuPPlement To: motion "D"

|  | Shakespeare- Judge has file, not accessible, |
|---|---|
|  | **COURT**:    will be in clerks office next week |
|  | **COURT**:    **make request, rules say 10 days, if not motion court**. |
| 1:45:25 PM | **Off record** |