Name: John H Shakespeare
Mailing Address, Zip: 6590 Glacier Hwy. #52, Juneau AK 99801
Telephone: 1-907-209-7425

**RECEIVED**

FEB 2 2 2006

CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

John H Shakespeare,
Plaintiff,

vs.

City + Borough of Juneau Police Officer of Four,
Officer: Matt Torok
Officer: Robert Kolvig
Officer: Brian Dallas
Officer: Ben Coronell
Defendant(s).

**APPLICATION TO WAIVE THE FILING FEE**
(Non-Prisoner)

CASE NO. J05-0015 CV
(To be supplied by the Court)

I, John H Shakespeare, state under penalty of perjury that I am the plaintiff in this case. I am unable to pay the fees for this proceeding or give security because of my poverty. The type of case I am filing is Civil, and I believe I am entitled to the relief I am requesting. I agree that, if I am granted this application to waive the filing fee in this case, a portion of any recovery, as directed by the Court, will be paid to the Clerk of Court for reimbursement of all fees and costs incurred by me in the case. In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☐ Yes   ☒ No  **(If "Yes" USE PRISONER FORM)**

2. Marital status:  ☐ Single   ☐ Married   ☒ Divorced   ☐ Separated

   a. If separated or divorced, do you ☒ **pay** child support or alimony, or ☐ **receive** any child support, alimony or other form of maintenance?  If not, check: ☐ No

      If yes to either question, state monthly amount paid: $50.00  OR state monthly amount received: _____

   b. Dependants: ☐ Spouse   ☐ Children #____   ☐ Others # 1 self

List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their **monthly** support (and **for minor children, use initials only**).

Name: Trevor J Shakespeare          Age: 24   9-20-81
Name: Jennifer J Shakespeare        Age: 15   9-9-90
Name: _____       Age: _____
Name: _____       Age: _____

PS11 (12/05)                 Page 1 of 4                       Fee Waiver

3. Are you presently employed?  ☐ Yes  ☒ No

   a. **If the answer is "Yes,"** provide the following information:

   Gross: $ 0  Net: $ 0  salary/wages per ☐ month ☐ week (chose one)

   Employer's name, address & telephone: __None__

   Nature of employment: __none__

   How long employed by present employer: __none__

   (b.) **If you are not presently employed,** provide the following information:

   Date of last employment: __/ / 93__ (month/day/year)

   Former employer's name, address & telephone: __Self Employed__

   Gross: $_____ Net: $_____ salary/wages per ☐ month ☐ week (chose one)

   Nature of employment: _____

4. Is your spouse employed?  ☐ Yes  ☐ No

   **If the answer is "Yes,"** provide the following information:

   Gross: $_____ Net: $_____ salary/wages per ☐ month ☐ week (chose one)

   Employer's name, address & telephone: _____

   Nature of employment: _____

   How long employed by present employer: _____

5. Are you receiving public assistance or unemployment benefits?  ☒ Yes  ☐ No

   a. I have been on ☒ public assistance and/or have received ☐ unemployment benefits

   Still   since: __1 / 21 / 98__ (month/day/year).

   b. I am receiving $ __934 00__ ☐ monthly / ☐ weekly for myself and my household

   of __1__ (number).   $ 572.00 SSI   went up To $603 00
   $ 362.00 APA
   ─────────                         Jan 1-06
   $ 934.00                          New total 965.00

6. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends (not PFD)   ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. <u>Disability</u> or worker's compensation payments   ☒ Yes   ☐ No
   e. Gifts or inheritances   ☐ Yes   ☒ No
   f. Any other sources  APA 362.00  Food Stamps 53.00   ☒ Yes   ☐ No

   If the answer to any of the above is "Yes," describe each source and state the amount and when received, **and** what you expect you will continue to receive.

   Disability $603.00   AND APA $362.00  Food stamps 53.00

7. List all members of your household, including yourself, who received the <u>Alaska Permanent Fund Dividend</u> within the last twelve months, and the amount(s):  Got my P.F.D. Payed 500.00 to Child suport $100.00 C.B.J Taxes and rest on Oil

8. Do you have **any** cash?   ☒ Yes   ☐ No
   State the total amount and location(s): $100.00

9. Do you have any checking account(s)?   ☐ Yes   ☒ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance(s) in account(s): _____

10. Do you have any savings/IRA/money market/CDs' separate from checking accounts?   ☐ Yes   ☒ No
    a. Name(s) and address(es) of bank(s): _____
    b. Present balance(s) in account(s): _____

11. Do you own an automobile or other motor vehicle?   ☒ Yes   ☐ No
    a. Make: 1989 Ford   Year: 1989   Model: Ford Two wheel Drive

b. What is its current value? $ _I Do not know_   I got it Free Going to Dump.

c. Is it financed?  ☐ Yes  ☒ No

d. If so, what is the amount owed? $ _0_

12. Do you own any real estate, stocks, bonds, securities, other financial instruments or other valuable property?  ☐ Yes  ☒ No

    If "Yes," describe the property and state its value: _____

13. Do you have any other assets or personal property other than clothing?  ☒ Yes  ☐ No

    If "Yes," list the asset(s) and state the value of each asset listed: _Some tools_ "A old Boat no motor" "a old skiff" TV, PC. 0-$500.00   $200.00   ($150.00  $400.00)

14. Have you placed any property, assets or money in the name or custody of anyone else in the last two years?  ☐ Yes  ☒ No

    If the answer is "Yes," give the date, describe the property, assets or money, give the name of the person given custody of the item, and the reason for the transfer: _____

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the above information is true and correct.  To: The Best of my Knolage

Executed on: _2-23-06_
DATE

_John M Shakespear_ (signature)
SIGNATURE OF APPLICANT