IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN H. SHAKESPEARE,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY & BOROUGH OF JUNEAU,<br>et al.,<br><br>    Defendants. | Case No. 1:05-cv-00015-JWS<br><br><u>ORDER REGARDING COUNSEL</u> |

      John H. Shakespeare, representing himself and proceeding without payment of fees, has filed a civil rights complaint, as well as an application for appointment of counsel.[1] The Court concluded that Mr. Shakespeare is an indigent litigant who has arguably alleged a meritorious cause of action in which counsel would be helpful, and referred the matter to Volunteer Attorney Support at Alaska Legal Services Corporation (ALSC).[2]

---

    [1] *See* Docket Nos. 2, 3.

    [2] *See* Docket No. 11 .

The Court warned, however, that there is no constitutional right to counsel at public expense in civil cases.[3] The Court may not compel an attorney to assist an indigent litigant without pay, but may only <u>request</u> that a private attorney represent an indigent civil litigant.[4] As Mr. Shakespeare was cautioned, there are no guarantees.[5] The Court has now received notice that ALSC is unable to secure a voluntary lawyer to represent Mr. Shakespeare in this action. This Court has no other source of volunteer attorneys. Mr. Shakespeare must, therefore, either find an attorney willing to represent him,[6] or represent himself in this action.

**IT IS HEREBY ORDERED:**

1. Mr. Shakespeare shall represent himself in this action, or secure counsel on his own; and

---

[3] *See* Docket No. 11 at 1-2.

[4] *See Mallard v. United States District Court*, 490 U.S. 296, 300-308 (1989).

[5] *See* Docket No. 11 at 3, n. 8.

[6] Mr. Shakespeare may wish to contact the Alaska Bar Association's Lawyer Referral Service, at (800) 770-9999, for assistance in securing counsel, and an initial 1/2 hour, $50.00 consultation.

2.  Mr. Shakespeare must make every attempt to serve each defendant with a summons and complaint within 120 days of filing his complaint, and immediately file returns of service with the Court.[7]

DATED this 28th day of March, 2006, at Anchorage, Alaska.

/s/JOHN W. SEDWICK
United States District Judge

---

[7] The complaint was filed on November 29, 2005, and Mr. Shakespeare was ordered to complete summons forms for the defendants on March 1, 2006.