UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

JOHN HAROLD SHAKESPEARE    v.    CITY & BOROUGH OF JUNEAU, et al.

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                    CASE NO.  1:05-cv-00015-JWS

Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: April 4, 2006

    On February 15, 2006, John Harold Shakespeare filed a motion to accept a CD as an exhibit in support of his response to this Court's Order to Show Cause.[1]  In the meantime, however, the Court accepted Mr. Shakespeare's response,[2] and issued a order directing service on the defendants in this case.[3]  Thus, Mr. Shakespeare's motion will be DENIED as moot.

    IT IS SO ORDERED.

---

[1] *See* Docket No. 7.

[2] Mr. Shakespeare provided a state court order, denying his summary judgment motion, which specifically states that Mr. Shakespeare has "the alternative remedy of filing a 42 USC § 1983" case in state or federal court, thus showing why the exercise of jurisdiction by this Court will not interfere with his state judicial proceedings.  *See* Docket No. 5, Exhibit B at 7-8.

[3] *See* Docket No. 10.

[shakespeare cd.wpd]{IA.WPD*Rev.12/96}