IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN HAROLD SHAKESPEARE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY & BOROUGH OF JUNEAU,<br>et al.,<br><br>　　　　Defendants. | Case No. 1:05-cv -00015-JWS<br><br><br>ORDER OF DISMISSAL |

On November 29, 2005, John Harold Shakespeare filed a civil rights complaint under 42 U.S.C. § 1983.[1]  On March 1, 2006, the Court issued an order giving notice to Mr. Shakespeare that he must "proceed with the steps outlined in [the] Order to insure that service of process is completed within 120 days of the date he filed his complaint."[2]  Although the Court has contacted Mr. Shakespeare, it has

---

[1] *See* Docket No. 2.

[2] Docket No. 10 at 2.

received nothing further from Mr. Shakespeare since that date of that Order.[3] Thus, this action must be dismissed, as required by the Federal Rules.[4]

**IT IS THEREFORE ORDERED:**

Mr. Shakespeare's case is DISMISSED without prejudice.

DATED this 11th day of May, 2006, at Anchorage, Alaska.

/s/JOHN   W.   SEDWICK
United States District Judge

---

[3] *See* Docket Nos. 11, 12, 13 (Court Orders).

[4] *See* FED. R. CIV. P. 4(m) ("[i]f service of the summons and complaint is not made upon a defendant within 120 days of the filing of the complaint, the court ... after notice to the plaintiff, shall dismiss the action without prejudice.").