UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

JOHN HAROLD SHAKESPEARE,
    Plaintiff,

Case Number 1:05-00015-JWS

v.

CITY & BOROUGH OF JUNEAU,
et al.,
    Defendants.

**JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT this action is DISMISSED without prejudice.

APPROVED: **REDACTED SIGNATURE**

JOHN W. SEDWICK
United States District Judge

Date: May 12, 2006

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

    Ida Romack
Ida Romack, Clerk of Court

[shakespeare judgment.wpd]{JMT2.WPT*Rev.3/03}